UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BELLSOUTH TELECOMMUNICATIONS, INC. )<br>d/b/a AT&T North Carolina, )<br>      Plaintiff, )<br>  )<br>   v. )<br>  )<br>EDWARD S. FINLEY, JR., CHAIRMAN; )<br>LORINZO L. JOYNER, COMMISSIONER; and )<br>WILLIAM T. CULPEPPER, III, COMMISSIONER,)<br>in their official capacities and not as individuals, )<br>  )<br>and )<br>  )<br>INTRADO COMMUNICATIONS, INC., )<br>     Defendants. ) | **JUDGMENT**<br><br>No. 5:09-CV-517-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of cross-motions for summary judgment by all parties.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff AT&T's motion for summary judgment is DENIED. Defendant Intrado's motion for summary judgment and defendant the NCUC's motion for summary judgment are GRANTED.

**IT IS FURTHER ORDERED** the NCUC's 10 September 2009 Arbitration Order and the NCUC's 2 November 2009 approval order are AFFIRMED.

**This judgment filed and entered on December 13, 2010, and served on:**

Eric H. Cottrell (via CM/ECF Notice of Electronic Filing)
Margaret A. Force (via CM/ECF Notice of Electronic Filing)
Barbara A. Miller (via CM/ECF Notice of Electronic Filing)
Charles E. Coble (via CM/ECF Notice of Electronic Filing)
Craig W. Donaldson (via CM/ECF Notice of Electronic Filing)
Edward A. Yorkgitis, Jr. (via CM/ECF Notice of Electronic Filing)
Marcus William Trathen (via CM/ECF Notice of Electronic Filing)

December 13, 2010                             /s/ Dennis P. Iavarone
                                                                   Clerk of Court